IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Rodney W. Harrell | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18cv275 (AJT/TCB) |
| Freedom Mortgage Corporation | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the order of this Court entered on 7/18/2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant and against the Plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Richard Banke
Deputy Clerk

Dated: 7/19/2018
Alexandria, Virginia